

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00618-CV

**IN RE** Devon Vincent **PFEIFER**

Original Proceeding[1]

PER CURIAM

Sitting:     Irene Rios, Justice
              Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: October 22, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed his petition for writ of mandamus and emergency motion for temporary stay on September 29, 2025. We denied the motion for temporary stay on September 30, 2025. Having reviewed the petition for writ of mandamus, the record filed, and the applicable law, this court has determined that relator is not entitled to the relief requested. The petition for writ of mandamus is **DENIED**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2025-CI-10101, styled *In the Interest of C.C.P., a child*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Marisa Flores presiding.